**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 13, 2010**

_____

BK1011845
MNL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 09-14450 |
| James J Rudy, Jr | Chapter 13<br>Judge Hopkins |
| Debtor | **AGREED ORDER ON MOTION FOR RELIEF FROM STAY OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER, FILED HEREIN ON NOVEMBER 10, 2010 DOC. # 46 (PROPERTY ADDRESS: 4525 NEW MARKET COURT, BATAVIA, OH 45103)** |

This matter having come on before the Court upon the Motion For Relief From Stay filed herein on November 10, 2010 Pacer Document #46 by the secured Movant, U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company by and through U.S.

Bank Home Mortgage its servicer (hereinafter "Movant") and upon debtor's response thereto filed herein on November 29, 2010 as Pacer Document #49; and a hearing having been scheduled for December 6, 2010; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter l3 Plan filed herein on behalf of the debtor provided that said debtor was to make the regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly mortgage payments to Movant, incurring a total post-petition arrearage of $4,551.83 as of December 31, 2010, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|--------|----------|
| 601.04 | July 1, 2010 |
| 601.04 | August 1, 2010 |
| 601.04 | September 1, 2010 |
| 666.07 | October 1, 2010 |
| 666.07 | November 1, 2010 |
| 666.07 | December 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|--------|----------|
| 24.04 | July 16, 2010 |
| 24.04 | August 16, 2010 |
| 24.04 | September 16, 2010 |
| 26.64 | October 16, 2010 |
| 26.04 | November 16, 2010 |
| 26.04 | December 16, 2010 |

and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less $50.34 in debtor's suspense account.

3. In order to cure said post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $4,551.83, which consists of $500.00 for attorney fees associated with the Motion and $150.00 for court costs incurred herein for filing the Motion and said post petition arrears of $3,901.83 thereby reducing the arrearage to $0.00.

4. The Debtor has filed a Amended Modification of the Plan on December 8, 2010 as Pacer Document #54 in order to keep the Plan in compliance with 11 U.S.C. Section 1322(d).

5. Movant has filed a Supplemental Proof of Claim in the amount of $4,551.83 as Pacer Claim #23.

6. The debtor agrees to recommence his regular monthly mortgage payments on a conduit basis through the Trustee's office beginning with the payment that shall be due January 2011.

7. In the event that the said debtor should fail to make the payment hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment within 15 of its due date, or should fail to make each and every described monthly payment hereafter in full to the Trustee beginning with the payment due /, by the last day of the month in which it is due, then, or in any one of those events, Movant shall send a letter or e-mail to debtor and debtor's counsel advising of said default. If the default is not cured within ten (10) days, Movant shall file with the Court an Affidavit certifying that the debtors are in default under the terms of the Agreed Order and tender a proposed Order Granting Final Modification of the Automatic Stay. Upon submission of such Affidavit and Order Granting Final Modification of the Automatic Stay, the Court shall enter the Order, without a hearing, providing Movant, its successors and/or assigns is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code. The only ground for objection to such an Order shall be that payments were timely made.

IT IS SO ORDERED.

/s/ Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

/s/ Kathleen D Mezher, Attorney for Debtor, VIA FAX AUTHORIZATION
Ohio Supreme Court No. 0016982
James J Rudy, Jr, Debtor
8075 Beechmont Avenue
Cincinnati, OH 45255
(513) 388-4651
blake@mezherlaw.com

/s/ Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
513-621-4488
513 621-2643 Fax

COPIES TO:

DEFAULT LIST

Classic Federal Credit Union - Creditor
P.O. Box 488
Amelia, OH 45102
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Community Home Financial Services - Creditor
P.O. Box 24023
Dept. 03008
Jackson, MS 39225
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

J. Robert True - Creditor
Clermont County Treasurer
101 E. Main Street
Batavia, OH 45103
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###